UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARAH STAUFFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:17-cv-07099-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 29 U.S.C. § 1920 |

Based upon the parties' Stipulation for the parties (Dkt. 19-1):

IT IS ORDERED that fees and expenses of $4,200.00 as authorized by 28 U.S.C. § 2412, and costs of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: August 27, 2018

_____
JOHN D. EARLY
United States Magistrate Judge